cutor indorfed, unlefs there was really a Profecutor exifting, for the Words in the Act are, *the Profecutor.* And as no Perfon in the prefent Cafe is proved to be active in carrying on the Profecution, the Defendant muft plead to the Indictment without any Indorfement.

It was then moved, that the Defendant himfelf might be fworn to prove the Perfon profecuting; but denied by the Court, who faid it muft be proved by indifferent Witneffes.

# September Term, 1762.

## NIXON and HARPER *verfus* LONG and PLUMSTEAD.

THE Proteft of a Mafter of a Ship, allowed to be given in Evidence.

# April Term, 1763.

WILLIAM ALLEN, Chief Juftice,
WILLIAM COLEMAN, Juftice.

## The Leffee of FOTHERGILL and others *verfus* CHRISTIAN STOVER.

A Letter from *James Steel,* Receiver General and Secretary of the Land Office, to the Surveyor General's Deputy in *Chefter* County in thefe Words, " Friend *Ifaac Taylor, Philadelphia,* 3d 2m " 1719.——*James Logan* has agreed that the Bearer hereof *William* " *Willis* fhall have 500 Acres of Land at *Coneftogoe.* Pleafe to furvey " it to him and the Warrant fhall be ready.——Thy loving Friend, " *James*